JOHN A. KELLY, Respondent, *v.* BRIDGET E. KEARNS,
Appellant.

(Argued October 5, 1887; decided October 18, 1887.)

*Morris & Pearsall* for appellant.

*Sidney V. Lowell* for respondent.

Agree to affirm, no opinion.
All concur.
Judgment affirmed.